UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

TEENA RUTH MCKINNEY
AKA TEENA R. MCKINNEY

CASE NO 19-30022-KKS

CHAPTER: 7

DEBTOR(S).
_____/

AFFIDAVIT OF MOVANT IN SUPPORT OF MOTION
FOR RELIEF FROM STAY AS TO SURRENDERED PROPERTY

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority personally appeared <u>Ella Roberts, Esq.</u> ("Affiant"), who upon being duly sworn and upon oath, deposes and says:

1. I am an attorney for Albertelli Law, the law firm filing a Motion for Relief from Stay on behalf **Wells Fargo Bank N.A** ("Movant"), in this case.

2. This Affidavit is in support of the Motion for Relief from Stay filed in this action by Movant.

3. The Affiant has reviewed the Debtor's Voluntary Petition. According to the Debtor's Statement of Intentions, the Debtor's intends to surrender the following real property:

LOT 35 OF LANTERN RIDGE SUBDIVISION UNIT TWO, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 11, PAGE(S) 46 AND 47, OF THE PUBLIC RECORDS OF OKALOOSA COUNTY, FLORIDA.

**AKA: 124 Palmetto Drive, Crestview, Florida 32539**

4. As of the date of this affidavit, I have examined the CM/ECF docket for this case and have found no entries evidencing a contrary intent on the part of the Debtor.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Affiant

Ella Roberts, Esq.
Print or Type Name

THE FOREGOING INSTRUMENT WAS SWORN TO AND SUBSCRIBED before me this 30th day of January, 2019 Ella Roberts, Esq. WHO IS PERSONALLY KNOWN TO ME AND WHO DID TAKE AN OATH.

_____
NOTARY PUBLIC
My Commission Expires:

NICOLE A. ALLIGOOD
MY COMMISSION # GG 035298
EXPIRES: October 3, 2020
Bonded Thru Budget Notary Services