FORM nhgnrlp (Rev. 06/15)

## UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Pensacola Division

In Re: Teena Ruth McKinney
   aka Teena R. McKinney
   SSN/ITIN: xxx–xx–9234
   Debtor

Bankruptcy Case No.: 19–30022–KKS

Chapter: 7
Judge: Karen K. Specie

## Notice of  Rescheduled Non Evidentiary Hearing

    PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held at Courtroom 1, **via Video Conference** at, 100 N. Palafox Street, Pensacola, FL, on March 27, 2019, at 10:00 AM, Central Time. Parties may appear at the following alternate location:   Tallahassee – U.S. Bankruptcy Courthouse, 110 E. Park Ave., Tallahassee, FL.

    *12* – Motion/Notice to Sell or Lease Property under Section 363(b) filed by Sherry Chancellor on behalf of Sherry Chancellor. ECF Calculated Deadline: 02/15/2019. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Chancellor, Sherry)

Dated: March 7, 2019

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:**  Service by the Court pursuant to applicable Rules.